**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>GARNER, HELEN<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-14798 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: DUPAGE COUNTY COURTHOUSE
    505 N. COUNTY FARM ROAD, COURTROOM 4016
    CHICAGO, ILLINOIS 60187

    on: **June 26, 2009**
    at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                               $         350,111.19

    b. Disbursements                          $         150,351.12

    c. Net Cash Available for Distribution    $         199,760.07

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Fees) | 0.00 | $13,198.62 | |

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $16.92 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $3,105.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $93.38 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $1,035.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $28,796.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | ASSET ACCEPTANCE LLC/ASSIGNEE SBC INDIANA | $ 2,176.84 | $ 2,176.84 |
| 001I | ASSET ACCEPTANCE LLC/ASSIGNEE SBC INDIANA | $ 179.60 | $ 179.60 |
| 002 | CLECO | $ 348.34 | $ 348.34 |
| 002I | CLECO | $ 28.74 | $ 28.74 |
| 003 | ECAST SETTLEMENT CORP/ASSIGNEE OF HSBC BANK | $ 284.95 | $ 284.95 |
| 003I | ECAST SETTLEMENT CORP/ASSIGNEE OF HSBC BANK | $ 23.51 | $ 23.51 |
| 004 | APPLIED BANK CARD | $ 625.00 | $ 625.00 |
| 004I | APPLIED BANK CARD | $ 51.57 | $ 51.57 |
| 005 | FIRST PREMIER BANK | $ 400.00 | $ 400.00 |

| | | | | | |
|---|---|---|---|---|---|
| 005I | FIRST PREMIER BANK | $ | 33.00 | $ | 33.00 |
| 006 | COX COMMUNICATION CABLE | $ | 250.00 | $ | 250.00 |
| 006I | COX COMMUNICATION CABLE | $ | 20.63 | $ | 20.63 |
| 007 | CCS | $ | 4,930.00 | $ | 4,930.00 |
| 007I | CCS | $ | 406.75 | $ | 406.75 |
| 008 | ROALINDA ADEANEDA | $ | 7,000.00 | $ | 7,000.00 |
| 008I | ROALINDA ADEANEDA | $ | 577.53 | $ | 577.53 |
| 009 | ASTA-PALLISADES | $ | 1,000.00 | $ | 1,000.00 |
| 009I | ASTA-PALLISADES | $ | 82.50 | $ | 82.50 |
| 010 | ASTA-PALLISADES | $ | 10,303.14 | $ | 10,303.14 |
| 010I | ASTA-PALLISADES | $ | 850.05 | $ | 850.05 |
| 011 | CREDIT PROTECTION ASSOC | $ | 80.00 | $ | 80.00 |
| 011I | CREDIT PROTECTION ASSOC | $ | 6.60 | $ | 6.60 |
| 012 | MID AMERICA BANK | $ | 405.00 | $ | 405.00 |
| 012I | MID AMERICA BANK | $ | 33.41 | $ | 33.41 |
| 013 | BANK OF MARIN | $ | 743.18 | $ | 743.18 |
| 013I | BANK OF MARIN | $ | 61.32 | $ | 61.32 |
| 014 | CHILDREN EMERGENCY ROOM CARE, AC, CO | $ | 250.00 | $ | 250.00 |
| 014I | CHILDREN EMERGENCY ROOM CARE, AC, CO | $ | 20.63 | $ | 20.63 |
| SURPLUS | GARNER, HELEN | $ | 151,138.86 | $ | 151,138.86 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has/has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor

Dated: **May 22, 2009**          For the Court,

By: **KENNETH S. GARDNER**

                                              Kenneth S. Gardner  
                                              Clerk of the United States Bankruptcy Court  
                                              219 S. Dearborn Street; 7th Floor  
                                              Chicago, IL  60604

Trustee:    DAVID GROCHOCINSKI, TRUSTEE  
Address:    1900 RAVINIA PLACE  
                  ORLAND PARK, IL  60462  
Phone No.:  (708) 226-2700

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: May 22, 2009
Case: 07-14798                 Form ID: pdf002              Total Served: 22

The following entities were served by first class mail on May 24, 2009.
db           +Helen Leona Garner,   16 W 434 Honeysuckle Rose Lane,   Apt 116,   Willowbrook, IL 60527-6755
aty          +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
11699806     +Applied Bank Card,    POB 17123,   Wilmington, DE 19886-0001
13000251     +Asset Acceptance LLC/Assignee SBC Indiana,    PO Box 2036,   Warren MI 48090-2036
11550030      Assets Acceptance,    Warren,MI
11550031     +Asta-Pallisades,    PO Box 1244,   Englewood Cliff,NJ 07632-0244
13697449     +Bank of Marin,    c/o Bay Area Credit Services,   1901 West 10th Street,   Antioch, CA 94509-1380
11550035      Bay Area Credit Services,    Denver,CO
11549921     +CCS,   Two Wells Ave,   Dept 7429,   Newton,MA 02459-3208
13697459      Children Emergency Room Care, AC, Co.,    c/o Medical Collection Systems,
               725 South Wells Avenue, Suite 700,    Chicago, IL 60607-4578
13036207     +Cleco,   2030 Donahue Ferry Road,    Pineville, LA 71360-5226
11550033      Cleco Donahue,    Ferry Rd,   Pineville,LA 71360
11699808      Cox Communication Cable,    5401 Florida Blvd,   Baton Rouge, LA 70806
11550032      Credit Protection Assoc,    1355 Noel Rd,   Suite 2100,   Dallas,TX 75240
11550034      Depen Don Collection,    SE 7627 W Lake St 210,   River Forest,IL 60305
11699807      First Premier Bank,    POB 5147,   Sioux Falls, SD 57117-5147
13697440     +Mid America Bank,    c/o Depen Don Collection SE,   7627 West Lake, Suite 210,
               River Forest, IL 60305-1878
11550029     +Roalinda P Adeaneda,    973 Ripple Ridge Cove,   Darien,IL 60561-5490
13598480      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark NJ 07193-5480
The following entities were served by electronic transmission on May 22, 2009.
11572628      E-mail/PDF: rmscedi@recoverycorp.com May 23 2009 00:03:05
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11550036      Medical Collection SY,    725 S Wells AV Suite 700
aty*         +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
                                                                                               TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 24, 2009**           **Signature:** *Joseph Speetjens*