UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 07-14798 |
| | ) | |
| Helen Leona Garner | ) | Judge: Carol A. Doyle |
| | ) | |
| Debtor | ) | |
| | ) | |

### ORDER TO WITHDRAW MONEY'S UNDER 28 U.S.C. SECTION 2024

### ON BEHALF OF THE CLAIMANT ROSALINDA ADRANEDA

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $7,626.11 to Rosalinda Adraneda (Social Security No. XXX-XX-9531) claimant, in the above captioned case.

Dated: 17 NOV 2009

_____
UNITED STATES BANKRUPTCY JUDGE

Payment to be sent to:
The Financial Resources Group, Inc.
700 Mechem Drive, Suite 8B
Ruidoso, New Mexico 88345

ORIGINAL