## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: GARNER, HELEN | § Case No. 07-14798-JS |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $202.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $31,372.14 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $117,800.04 | |

    3) Total gross receipts of $ 350,153.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 200,981.59 (see **Exhibit 2**), yielded net receipts of $149,172.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 117,800.04 | 117,800.04 | 117,800.04 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 31,372.14 | 31,372.14 | 31,372.14 |
| **TOTAL DISBURSEMENTS** | $0.00 | $149,172.18 | $149,172.18 | $149,172.18 |

    4) This case was originally filed under Chapter 7 on August 16, 2007.
. The case was pending for 28 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/01/2009       By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY CASE | 1242-000 | 350,000.00 |
| Interest Income | 1270-000 | 153.77 |
| **TOTAL GROSS RECEIPTS** | | **$350,153.77** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DAVID GARNER JR | INTEREST IN SETTLEMENT PROCEEDS | 8500-002 | 50,000.00 |
| GARNER, HELEN | Dividend paid 100.00% on $150,981.59; Claim# SURPLUS; Filed: $150,981.59; Reference: | 8200-000 | 0.00 |
| HELEN GARNER | 1/2 SURPLUS TO DEBTOR | 8200-002 | 100,490.79 |
| DAVID GARNER JR. | 1/2 INTEREST IN NET PROCEEDS FROM SETTLEMENT | 8500-002 | 50,490.80 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$200,981.59** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 − SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 13,198.62 | 13,198.62 | 13,198.62 |
| DAVID GROCHOCINSKI, TRUSTEE | 2200-000 | N/A | 16.92 | 16.92 | 16.92 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 3,105.00 | 3,105.00 | 3,105.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 93.38 | 93.38 | 93.38 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | N/A | 1,035.00 | 1,035.00 | 1,035.00 |
| JEFF ANDERSON & ASSOCIATES & KERNS, FROST & PEARLMAN | 3210-600 | N/A | 87,500.00 | 87,500.00 | 87,500.00 |
| JEFF ANDERSON & ASSOCIATES & KERNS, FROST & PEARLMAN | 3220-610 | N/A | 12,560.89 | 12,560.89 | 12,560.89 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 290.23 | 290.23 | 290.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 117,800.04 | 117,800.04 | 117,800.04 |

**EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSET ACCEPTANCE LLC/ASSIGNEE SBC INDIANA | 7100-000 | N/A | 2,176.84 | 2,176.84 | 2,176.84 |
| ASSET ACCEPTANCE LLC/ASSIGNEE SBC INDIANA | 7990-000 | N/A | 194.71 | 194.71 | 194.71 |
| CLECO | 7100-000 | N/A | 348.34 | 348.34 | 348.34 |
| CLECO | 7990-000 | N/A | 31.16 | 31.16 | 31.16 |
| ECAST SETTLEMENT CORP/ASSIGNEE OF HSBC BANK | 7100-000 | N/A | 284.95 | 284.95 | 284.95 |
| ECAST SETTLEMENT CORP/ASSIGNEE OF HSBC BANK | 7990-000 | N/A | 25.49 | 25.49 | 25.49 |
| APPLIED BANK CARD | 7100-000 | N/A | 625.00 | 625.00 | 625.00 |
| APPLIED BANK CARD | 7990-000 | N/A | 55.90 | 55.90 | 55.90 |
| FIRST PREMIER BANK | 7100-000 | N/A | 400.00 | 400.00 | 400.00 |
| FIRST PREMIER BANK | 7990-000 | N/A | 35.78 | 35.78 | 35.78 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| COX COMMUNICATION CABLE | 7100-000 | N/A | 250.00 | 250.00 | 250.00 |
| COX COMMUNICATION CABLE | 7990-000 | N/A | 22.36 | 22.36 | 22.36 |
| CCS | 7100-000 | N/A | 4,930.00 | 4,930.00 | 4,930.00 |
| CCS | 7990-000 | N/A | 440.96 | 440.96 | 440.96 |
| ROALINDA ADEANEDA | 7100-000 | N/A | 7,000.00 | 7,000.00 | 7,000.00 |
| ROALINDA ADEANEDA | 7990-000 | N/A | 626.11 | 626.11 | 626.11 |
| ASTA-PALLISADES | 7100-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| ASTA-PALLISADES | 7990-000 | N/A | 89.44 | 89.44 | 89.44 |
| ASTA-PALLISADES | 7100-000 | N/A | 10,303.14 | 10,303.14 | 10,303.14 |
| ASTA-PALLISADES | 7990-000 | N/A | 921.56 | 921.56 | 921.56 |
| CREDIT PROTECTION ASSOC | 7100-000 | N/A | 80.00 | 80.00 | 80.00 |
| CREDIT PROTECTION ASSOC | 7990-000 | N/A | 7.16 | 7.16 | 7.16 |
| MID AMERICA BANK | 7100-000 | N/A | 405.00 | 405.00 | 405.00 |
| MID AMERICA BANK | 7990-000 | N/A | 36.23 | 36.23 | 36.23 |
| BANK OF MARIN | 7100-000 | N/A | 743.18 | 743.18 | 743.18 |
| BANK OF MARIN | 7990-000 | N/A | 66.47 | 66.47 | 66.47 |
| CHILDREN EMERGENCY ROOM CARE, AC, CO | 7100-000 | N/A | 250.00 | 250.00 | 250.00 |
| CHILDREN EMERGENCY ROOM CARE, AC, CO | 7990-000 | N/A | 22.36 | 22.36 | 22.36 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 31,372.14 | 31,372.14 | 31,372.14 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-14798-JS  **Trustee:** (520067)  DAVID GROCHOCINSKI, TRUSTEE
**Case Name:** GARNER, HELEN  **Filed (f) or Converted (c):** 08/16/07 (f)
 **§341(a) Meeting Date:** 09/25/07
**Period Ending:** 12/01/09  **Claims Bar Date:** 03/18/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   CREDIT UNION 1 | 2.00 | 0.00 | DA | 0.00 | FA |
| 2   WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 3   PERSONAL INJURY CASE (u) | 350,000.00 | 350,000.00 | | 350,000.00 | FA |
| Int   INTEREST (u) | Unknown | N/A | | 153.77 | FA |
| 4   Assets   Totals (Excluding unknown values) | **$350,202.00** | **$350,000.00** | | **$350,153.77** | **$0.00** |

**Major Activities Affecting Case Closing:**

CASE REOPENED TO PURSUE PRE-PETITION PERSONAL INJURY CLAIM; SETTLEMENT REACHED AND APPROVED BY COURT IN MID DECEMBER 2008; CLAIMS PERIOD PENDING; EXPECT DISTRIBUTION AND FINAL REPORT PRIOR TO YEAR END

**Initial Projected Date Of Final Report (TFR):**   December 31, 2009   **Current Projected Date Of Final Report (TFR):**   May 19, 2009  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-14798-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | GARNER, HELEN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****01-65 - Money Market Account |
| Taxpayer ID #: | 35-6799593 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/01/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/29/08 | {3} | GALLAGHER BASSETT SERVICES INC. | SETTLEMENT OF PERSONAL INJURY CLAIM | 1242-000 | 350,000.00 | | 350,000.00 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.43 | | 350,001.43 |
| 01/12/09 | 1001 | DAVID GARNER JR | INTEREST IN SETTLEMENT PROCEEDS | 8500-002 | | 50,000.00 | 300,001.43 |
| 01/12/09 | 1002 | JEFF ANDERSON & ASSOCIATES & KERNS, FROST & PEARLMAN | FINAL COMPENSATION & REMIBURSEMENT OF EXPESNES | | | 100,060.89 | 199,940.54 |
| | | | FEES         87,500.00 | 3210-600 | | | 199,940.54 |
| | | | EXPENSES   12,560.89 | 3220-610 | | | 199,940.54 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 36.07 | | 199,976.61 |
| 02/05/09 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #07B-14798, BOND#016026455 | 2300-000 | | 290.23 | 199,686.38 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 22.93 | | 199,709.31 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 26.20 | | 199,735.51 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 24.56 | | 199,760.07 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 23.75 | | 199,783.82 |
| 06/22/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 18.83 | | 199,802.65 |
| 06/22/09 | | To Account #********0166 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 199,802.65 | 0.00 |
| | | | ACCOUNT TOTALS | | 350,153.77 | 350,153.77 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 199,802.65 | |
| | | | Subtotal | | 350,153.77 | 150,351.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $350,153.77 | $150,351.12 | |

{} Asset reference(s)                                                                                                          Printed: 12/01/2009 02:08 PM    V.11.53

Case 07-14798    Doc 57    Filed 12/01/09    Entered 12/01/09 14:21:28    Desc Main
Document      Page 9 of 13

## FORM 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 07-14798-JS  
**Case Name:** GARNER, HELEN  
**Taxpayer ID #:** 35-6799593  
**Period Ending:** 12/01/09  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****01-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/09 | | From Account #********0165 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 199,802.65 | | 199,802.65 |
| 06/29/09 | 101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $13,198.62, Trustee Compensation; Reference: | 2100-000 | | 13,198.62 | 186,604.03 |
| 06/29/09 | 102 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $16.92, Trustee Expenses; Reference: | 2200-000 | | 16.92 | 186,587.11 |
| 06/29/09 | 103 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $3,105.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,105.00 | 183,482.11 |
| 06/29/09 | 104 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $93.38, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 93.38 | 183,388.73 |
| 06/29/09 | 105 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,035.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,035.00 | 182,353.73 |
| 06/29/09 | 106 | ASSET ACCEPTANCE LLC/ASSIGNEE SBC INDIANA | Dividend paid 100.00% on $2,176.84; Claim# 001; Filed: $2,176.84; Reference: | 7100-000 | | 2,176.84 | 180,176.89 |
| 06/29/09 | 107 | CLECO | Dividend paid 100.00% on $348.34; Claim# 002; Filed: $348.34; Reference: | 7100-000 | | 348.34 | 179,828.55 |
| 06/29/09 | 108 | ECAST SETTLEMENT CORP/ASSIGNEE OF HSBC BANK | Dividend paid 100.00% on $284.95; Claim# 003; Filed: $284.95; Reference: | 7100-000 | | 284.95 | 179,543.60 |
| 06/29/09 | 109 | APPLIED BANK CARD | Dividend paid 100.00% on $625.00; Claim# 004; Filed: $625.00; Reference: | 7100-000 | | 625.00 | 178,918.60 |
| 06/29/09 | 110 | FIRST PREMIER BANK | Dividend paid 100.00% on $400.00; Claim# 005; Filed: $400.00; Reference: | 7100-000 | | 400.00 | 178,518.60 |
| 06/29/09 | 111 | COX COMMUNICATION CABLE | Dividend paid 100.00% on $250.00; Claim# 006; Filed: $250.00; Reference:<br>Voided on 07/16/09 | 7100-000 | | 250.00 | 178,268.60 |
| 06/29/09 | 112 | CCS | Dividend paid 100.00% on $4,930.00; Claim# 007; Filed: $4,930.00; Reference: | 7100-000 | | 4,930.00 | 173,338.60 |
| 06/29/09 | 113 | ROALINDA ADEANEDA | Dividend paid 100.00% on $7,000.00; Claim# 008; Filed: $7,000.00; Reference:<br>Stopped on 10/05/09 | 7100-000 | | 7,000.00 | 166,338.60 |
| 06/29/09 | 114 | ASTA-PALLISADES | Dividend paid 100.00% on $1,000.00; Claim# 009; Filed: $1,000.00; Reference:<br>Voided on 07/16/09 | 7100-000 | | 1,000.00 | 165,338.60 |
| 06/29/09 | 115 | ASTA-PALLISADES | Dividend paid 100.00% on $10,303.14; Claim# 010; Filed: $10,303.14; Reference:<br>Voided on 07/16/09 | 7100-000 | | 10,303.14 | 155,035.46 |
| 06/29/09 | 116 | CREDIT PROTECTION ASSOC | Dividend paid 100.00% on $80.00; Claim# 011; Filed: $80.00; Reference: | 7100-000 | | 80.00 | 154,955.46 |

Subtotals :    $199,802.65    $44,847.19

{} Asset reference(s)

Printed: 12/01/2009 02:08 PM    V.11.53

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-14798-JS  
**Case Name:** GARNER, HELEN  
**Taxpayer ID #:** 35-6799593  
**Period Ending:** 12/01/09  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****01-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/09 | 117 | MID AMERICA BANK | Dividend paid 100.00% on $405.00; Claim# 012; Filed: $405.00; Reference: | 7100-000 | | 405.00 | 154,550.46 |
| 06/29/09 | 118 | BANK OF MARIN | Dividend paid 100.00% on $743.18; Claim# 013; Filed: $743.18; Reference: Stopped on 10/05/09 | 7100-000 | | 743.18 | 153,807.28 |
| 06/29/09 | 119 | CHILDREN EMERGENCY ROOM CARE, AC, CO | Dividend paid 100.00% on $250.00; Claim# 014; Filed: $250.00; Reference: Voided on 07/16/09 | 7100-000 | | 250.00 | 153,557.28 |
| 06/29/09 | 120 | ASSET ACCEPTANCE LLC/ASSIGNEE SBC INDIANA | Dividend paid 100.00% on $194.71; Claim# 001I; Filed: $194.71; Reference: | 7990-000 | | 194.71 | 153,362.57 |
| 06/29/09 | 121 | CLECO | Dividend paid 100.00% on $31.16; Claim# 002I; Filed: $31.16; Reference: | 7990-000 | | 31.16 | 153,331.41 |
| 06/29/09 | 122 | ECAST SETTLEMENT CORP/ASSIGNEE OF HSBC BANK | Dividend paid 100.00% on $25.49; Claim# 003I; Filed: $25.49; Reference: | 7990-000 | | 25.49 | 153,305.92 |
| 06/29/09 | 123 | APPLIED BANK CARD | Dividend paid 100.00% on $55.90; Claim# 004I; Filed: $55.90; Reference: | 7990-000 | | 55.90 | 153,250.02 |
| 06/29/09 | 124 | FIRST PREMIER BANK | Dividend paid 100.00% on $35.78; Claim# 005I; Filed: $35.78; Reference: | 7990-000 | | 35.78 | 153,214.24 |
| 06/29/09 | 125 | COX COMMUNICATION CABLE | Dividend paid 100.00% on $22.36; Claim# 006I; Filed: $22.36; Reference: Voided on 07/16/09 | 7990-000 | | 22.36 | 153,191.88 |
| 06/29/09 | 126 | CCS | Dividend paid 100.00% on $440.96; Claim# 007I; Filed: $440.96; Reference: | 7990-000 | | 440.96 | 152,750.92 |
| 06/29/09 | 127 | ROALINDA ADEANEDA | Dividend paid 100.00% on $626.11; Claim# 008I; Filed: $626.11; Reference: Stopped on 10/05/09 | 7990-000 | | 626.11 | 152,124.81 |
| 06/29/09 | 128 | ASTA-PALLISADES | Dividend paid 100.00% on $89.44; Claim# 009I; Filed: $89.44; Reference: Voided on 07/16/09 | 7990-000 | | 89.44 | 152,035.37 |
| 06/29/09 | 129 | ASTA-PALLISADES | Dividend paid 100.00% on $921.56; Claim# 010I; Filed: $921.56; Reference: Voided on 07/16/09 | 7990-000 | | 921.56 | 151,113.81 |
| 06/29/09 | 130 | CREDIT PROTECTION ASSOC | Dividend paid 100.00% on $7.16; Claim# 011I; Filed: $7.16; Reference: | 7990-000 | | 7.16 | 151,106.65 |
| 06/29/09 | 131 | MID AMERICA BANK | Dividend paid 100.00% on $36.23; Claim# 012I; Filed: $36.23; Reference: | 7990-000 | | 36.23 | 151,070.42 |
| 06/29/09 | 132 | BANK OF MARIN | Dividend paid 100.00% on $66.47; Claim# 013I; Filed: $66.47; Reference: Stopped on 10/05/09 | 7990-000 | | 66.47 | 151,003.95 |

Subtotals : $0.00   $3,951.51

{} Asset reference(s)     Printed: 12/01/2009 02:08 PM    V.11.53

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 07-14798-JS  
**Case Name:** GARNER, HELEN  
**Taxpayer ID #:** 35-6799593  
**Period Ending:** 12/01/09

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****01-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/09 | 133 | CHILDREN EMERGENCY ROOM CARE, AC, CO | Dividend paid 100.00% on $22.36; Claim# 014I; Filed: $22.36; Reference: Voided on 07/16/09 | 7990-000 | | 22.36 | 150,981.59 |
| 06/29/09 | 134 | GARNER, HELEN | Dividend paid 100.00% on $150,981.59; Claim# SURPLUS; Filed: $150,981.59; Reference: Voided on 06/30/09 | 8200-000 | | 150,981.59 | 0.00 |
| 06/30/09 | 134 | GARNER, HELEN | Dividend paid 100.00% on $150,981.59; Claim# SURPLUS; Filed: $150,981.59; Reference: Voided: check issued on 06/29/09 | 8200-000 | | -150,981.59 | 150,981.59 |
| 06/30/09 | 135 | HELEN GARNER | 1/2 SURPLUS TO DEBTOR | 8200-002 | | 100,490.79 | 50,490.80 |
| 06/30/09 | 136 | DAVID GARNER JR. | 1/2 INTEREST IN NET PROCEEDS FROM SETTLEMENT | 8500-002 | | 50,490.80 | 0.00 |
| 07/16/09 | 111 | COX COMMUNICATION CABLE | Dividend paid 100.00% on $250.00; Claim# 006; Filed: $250.00; Reference: Voided: check issued on 06/29/09 | 7100-000 | | -250.00 | 250.00 |
| 07/16/09 | 114 | ASTA-PALLISADES | Dividend paid 100.00% on $1,000.00; Claim# 009; Filed: $1,000.00; Reference: Voided: check issued on 06/29/09 | 7100-000 | | -1,000.00 | 1,250.00 |
| 07/16/09 | 115 | ASTA-PALLISADES | Dividend paid 100.00% on $10,303.14; Claim# 010; Filed: $10,303.14; Reference: Voided: check issued on 06/29/09 | 7100-000 | | -10,303.14 | 11,553.14 |
| 07/16/09 | 119 | CHILDREN EMERGENCY ROOM CARE, AC, CO | Dividend paid 100.00% on $250.00; Claim# 014; Filed: $250.00; Reference: Voided: check issued on 06/29/09 | 7100-000 | | -250.00 | 11,803.14 |
| 07/16/09 | 125 | COX COMMUNICATION CABLE | Dividend paid 100.00% on $22.36; Claim# 006I; Filed: $22.36; Reference: Voided: check issued on 06/29/09 | 7990-000 | | -22.36 | 11,825.50 |
| 07/16/09 | 128 | ASTA-PALLISADES | Dividend paid 100.00% on $89.44; Claim# 009I; Filed: $89.44; Reference: Voided: check issued on 06/29/09 | 7990-000 | | -89.44 | 11,914.94 |
| 07/16/09 | 129 | ASTA-PALLISADES | Dividend paid 100.00% on $921.56; Claim# 010I; Filed: $921.56; Reference: Voided: check issued on 06/29/09 | 7990-000 | | -921.56 | 12,836.50 |
| 07/16/09 | 133 | CHILDREN EMERGENCY ROOM CARE, AC, CO | Dividend paid 100.00% on $22.36; Claim# 014I; Filed: $22.36; Reference: Voided: check issued on 06/29/09 | 7990-000 | | -22.36 | 12,858.86 |
| 10/05/09 | 113 | ROALINDA ADEANEDA | Dividend paid 100.00% on $7,000.00; Claim# 008; Filed: $7,000.00; Reference: Stopped: check issued on 06/29/09 | 7100-000 | | -7,000.00 | 19,858.86 |

Subtotals :    $0.00    $131,145.09

{} Asset reference(s)

Printed: 12/01/2009 02:08 PM    V.11.53

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 07-14798-JS  
**Case Name:** GARNER, HELEN  

**Taxpayer ID #:** 35-6799593  
**Period Ending:** 12/01/09  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****01-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/09 | 118 | BANK OF MARIN | Dividend paid 100.00% on $743.18; Claim# 013; Filed: $743.18; Reference: Stopped: check issued on 06/29/09 | 7100-000 | | -743.18 | 20,602.04 |
| 10/05/09 | 127 | ROALINDA ADEANEDA | Dividend paid 100.00% on $626.11; Claim# 008l; Filed: $626.11; Reference: Stopped: check issued on 06/29/09 | 7990-000 | | -626.11 | 21,228.15 |
| 10/05/09 | 132 | BANK OF MARIN | Dividend paid 100.00% on $66.47; Claim# 013l; Filed: $66.47; Reference: Stopped: check issued on 06/29/09 | 7990-000 | | -66.47 | 21,294.62 |
| 10/05/09 | 137 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS | | | 21,294.62 | 0.00 |
| | | | 250.00 | 7100-000 | | | 0.00 |
| | | | 7,000.00 | 7100-000 | | | 0.00 |
| | | | 1,000.00 | 7100-000 | | | 0.00 |
| | | | 10,303.14 | 7100-000 | | | 0.00 |
| | | | 743.18 | 7100-000 | | | 0.00 |
| | | | 250.00 | 7100-000 | | | 0.00 |
| | | | 22.36 | 7990-000 | | | 0.00 |
| | | | 626.11 | 7990-000 | | | 0.00 |
| | | | 89.44 | 7990-000 | | | 0.00 |
| | | | 921.56 | 7990-000 | | | 0.00 |
| | | | 66.47 | 7990-000 | | | 0.00 |
| | | | 22.36 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 199,802.65 | 199,802.65 | $0.00 |
| | | | Less: Bank Transfers | | 199,802.65 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 199,802.65 | |
| | | | Less: Payments to Debtors | | | 100,490.79 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$99,311.86** | |

{} Asset reference(s)

Printed: 12/01/2009 02:08 PM   V.11.53

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| **Case Number:** | 07-14798-JS | | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| **Case Name:** | GARNER, HELEN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | \*\*\*-\*\*\*\*\*01-66 - Checking Account |
| **Taxpayer ID #:** | 35-6799593 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/01/09 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  |  |
|---|---|
| Net Receipts : | 350,153.77 |
| Less Payments to Debtor : | 100,490.79 |
| Less Other Noncompensable Items : | 100,490.80 |
| Net Estate : | $149,172.18 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*01-65 | 350,153.77 | 150,351.12 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*01-66 | 0.00 | 99,311.86 | 0.00 |
| | $350,153.77 | $249,662.98 | $0.00 |

{} Asset reference(s)  Printed: 12/01/2009 02:08 PM   V.11.53